

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00285-CR

Christopher Allan **WINNINGHAM**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2026-CR-004298
Honorable Catherine Torres-Stahl, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
Irene Rios, Justice
Lori I. Valenzuela, Justice

Delivered and Filed: May 27, 2026

DISMISSED FOR WANT OF JURISDICTION

Appellant, Christopher Allan Winningham, filed a pro se "Notice of Appeal from Negotiated Plea" on April 6, 2026. Thereafter, the trial court clerk filed the clerk's record. The clerk's record contains no final judgment of conviction. "With certain exceptions . . ., this court has jurisdiction to consider an appeal filed by a criminal defendant only after a final judgment of conviction." *Zamarripa v. State*, No. 04-16-00274-CR, 2016 WL 3085932, at *1 (Tex. App.—San Antonio Jun. 1, 2016, no pet.) (mem. op., not designated for publication) (citing TEX. CODE

CRIM. PROC. ANN. art. 44.02); *accord McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.) ("Generally, we only have jurisdiction to consider an appeal by a criminal defendant where there has been a judgment of conviction."). We ordered Winningham to show cause why this appeal should not be dismissed. Winningham, through his court-appointed appellate counsel, conceded that we have no jurisdiction. Accordingly, we dismiss Winningham's appeal for want of jurisdiction.

PER CURIAM

DO NOT PUBLISH